UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
TAM HUYNH,                            )
                                      )      No. C07-1344RSL
           Plaintiff,                 )
     v.                               )
                                      )      ORDER TO SHOW CAUSE
MICHAEL MUKASEY, *et al.*,            )
                                      )
           Defendants.                )
_____)

The Court has reviewed plaintiff's "Complaint for Naturalization" (Dkt. #1). The Court hereby ORDERS defendants to show cause within 60 days why the Court should not grant plaintiff's application for naturalization by the authority of the Immigration and Nationality Act, which confers jurisdiction to this Court to compel agency action on a naturalization application or make a ruling on the merits "[i]f there is a failure to make a determination . . . before the end of the 120-day period after the date on which the examination is conducted[.]" 8 U.S.C. § 1447(b). Defendants shall respond to this order with a written pleading that states: (1) all reasons that plaintiff's naturalization application has not been approved; (2) all reasons that the Court should not approve the application immediately; and, if appropriate (3) a proposed plan for promptly deciding plaintiff's naturalization application.

DATED this 28th day of November, 2007.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE